# UNITED STATES DISTRICT COURT
for the

Middle District of Louisiana

| | |
|---|---|
| United States of America <br> v. <br> Adrian Washington | ) <br> ) <br> ) Case No: 07-102-BAJ-CN <br> ) USM No: 98713-179 <br> ) <br> ) Rebecca Hudsmith <br> *Defendant's Attorney* |
| Date of Original Judgment: 03/06/2008 <br> Date of Previous Amended Judgment: <br> *(Use Date of Last Amended Judgment if Any)* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 136 months **is reduced to** 120 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 09/23/2010 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/19/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Chief Judge Brian A. Jackson
*Printed name and title*